IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2622-RPM

CECILIA GALLEGOS,

Plaintiff,

vs.

JO ANNE BARNHART, Commissioner of Social Security,

Defendant.

ORDER VACATING FINAL DECISION AND FOR REMAND

Upon review of the administrative record and the arguments of counsel, the Court finds that the Administrative Law Judge's (ALJ's) Initial Decision of April 14, 2002, adopted as a Final Agency Decision on October 29, 2004: (1) failed to provide plaintiff with a face to face supplemental hearing and an opportunity to question the doctor and a vocational expert regarding the content and effect of post hearing vision tests ordered by the ALJ, see Allison v. Heckler, 711 F. 2d 145, 147 (10th Cir. 1983); (2) failed to provide specific reasons not to find the plaintiff's testimony credible, see Hardman v. Barnhart, 362 F. 3rd 676 (10th Cir. 2004); and (3) failed to complete the medical record as promised at the close of the ALJ hearing, resulting in the decision based on evidence from medical records a year and a half out of date in violation of

the ALJ's duty to fully and fairly develop the record of disability claimants, see 42 USC § 423 (d)(5)(B).

For these reasons, it is ORDERED that the Final Agency Decision is vacated, and this matter is remanded for full development of the record and a new ALJ hearing.

DATED July 28, 2005

                                                  s/Richard P. Matsch

                                                  _____
                                                  Richard P. Matsch
                                                  Senior District Judge